UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DUSTON DEAN MAYNARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-1233 |
| | ) | Judge Sharp |
| PAM HALE, BRUCE HELMS, JESSIE | ) | |
| OLIVER, BARBARA JACKSON, | ) | |
| LYNETTE GAVIN, and PATRICIA | ) | |
| PATTERSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation ("R & R") (Docket No. 32) in which he recommends that the unopposed Motion to Dismiss (Docket No. 30) filed by Defendants Pam Hale, Chaplain Bruce Helms, Jesse Oliver, Barbara Jackson, and Patricia Patterson be granted, and that this case be dismissed with prejudice. Despite being specifically advised in the R & R that objections were to be filed within fourteen days, Plaintiff has filed none.

Because the R & R relates to a dispositive motion, this Court's review is *de novo*. Fed. R. Civ. P. 72(b)(3). Having undertaken that review, the Court finds the Magistrate Judge correctly determined that Plaintiff's Amended Complaint fails to state a claim against any of the Defendants upon which relief can be granted. Accordingly, the Court rules as follows:

(1) The R&R (Docket No. 32) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 30) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in a separate document in accordance with Fed. R.

1

Civ. P. 58.

It is SO ORDERED.

                                                                              _/s/ Kevin H. Sharp_
                                                                           KEVIN H. SHARP
                                                                           UNITED STATES DISTRICT JUDGE